**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                                         Case No. 5:12-cv-12089

                 Plaintiff,        Judge John Corbett O'Meara

v.

MARLENA E. STEVENSON CARR,

                 Defendant.

_____/

**SATISFACTION OF JUDGMENT**

TO:   CLERK OF THE COURT

This is to certify that the judgment entered in this case on August 7, 2012, in favor of plaintiff and against defendant, MARLENA E. STEVENSON CARR, in the amount of $4,836.65 has been satisfied in full.

I certify under penalty of perjury that the foregoing is true and correct.

                                   Respectfully submitted,

                                   DANIEL L. LEMISCH
                                   Acting United States Attorney

                 By:    s/JACQUELINE M. HOTZ
                           Assistant U.S. Attorney
                           211 W. Fort St., Ste. 2001
                           Detroit, Michigan 48226
                           Phone: (313) 226-9108
                           E-mail: Jackie.Hotz@usdoj.gov
                           Bar Number: P35219

December 14, 2017

## CERTIFICATE OF SERVICE

I certify that on December 14, 2017, I electronically filed the foregoing Satisfaction of Judgment with the Court's electronic filing system, which system will notice of such filing to all counsel of record.

I further certify that Susan Hirt, Legal Assistant, assigned to the Financial Litigation Unit of the United States's Attorney's Office, has mailed, by first class mail, a copy of the Satisfaction of Judgment to the defendant at the address below.

Marlena E. Stevenson Carr
22329 Lagaronne #620
Southfield, MI 48075

s/Jacqueline M. Hotz
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9108
E-mail: Jackie.Hotz@usdoj.gov
MI Bar No. P35219